1  Scott P. Shaw, State Bar No. 223592
     Sshaw@calljensen.com
2  Samuel G. Brooks, State Bar No. 272107
     Sbrooks@calljensen.com
3  CALL & JENSEN
4  A Professional Corporation
   610 Newport Center Drive, Suite 700
5  Newport Beach, CA  92660
   Tel:   (949) 717-3000
6  Fax:   (949) 717-3100
7
8  Attorneys for Defendant Forever 21, Inc.

9

10                 **UNITED STATES DISTRICT COURT**

11                 **CENTRAL DISTRICT OF CALIFORNIA**

12

| | |
|---|---|
| 13  DIAMOND SUPPLY COMPANY, a<br>California corporation, | Case No.  CV13-06440 RSWL (JCx) |
| 14 | |
| 15          Plaintiff, | **DEFENDANT FOREVER 21, INC.'S<br>ANSWER TO COMPLAINT AND<br>DEMAND FOR JURY TRIAL** |
| 16          vs. | |
| 17  FOREVER 21, INC., a Delaware<br>corporation and DOES 1-10 inclusive, | |
| 18 | |
| 19          Defendants. | |

20

21                                              Complaint Filed:   September 3, 2013
                                               Trial Date:        None Set
22

23

24

25

26

27

28

Defendant Forever 21, Inc. ("Defendant") hereby answers the allegations of Plaintiff's Complaint ("Complaint") as they relate to it as follows:

Each numbered paragraph is made in response to the corresponding numbered paragraph in Plaintiff's complaint.

## ANSWER TO ALLEGATIONS REGARDING PARTIES

1.      Defendant lacks knowledge or information sufficient to form a belief as to the allegations in this paragraph, and on that basis denies them.

2.      Defendant admits the allegations in this paragraph.

3.      Defendant lacks knowledge or information sufficient to form a belief as to the allegations in this paragraph, and on that basis denies them.

4.      Defendant denies the allegations in this paragraph.

## ANSWER TO ALLEGATIONS REGARDING JURISDICTION AND VENUE

5.      Defendant admits this court has subject matter jurisdiction over claims for Federal Trademark Infringement and False Designation of Origin.  Defendant denies this court has supplemental jurisdiction over the state law claims.

6.      Defendant admits that it is subject to personal jurisdiction in this particular case.

7.      Defendant lacks knowledge or information sufficient to form a belief as to the allegations in this paragraph, and on that basis denies them.

## ANSWER TO THE ALLEGATIONS

8.      Defendant lacks knowledge or information sufficient to form a belief as to the allegations in this paragraph, and on that basis denies them.

9.      Defendant lacks knowledge or information sufficient to form a belief as to the allegations in this paragraph, and on that basis denies them.

10.      Defendant lacks knowledge or information sufficient to form a belief as to the allegations in this paragraph, and on that basis denies them.

11.      Defendant lacks knowledge or information sufficient to form a belief as to the allegations in this paragraph, and on that basis denies them.

12.     Defendant lacks knowledge or information sufficient to form a belief as to the allegations in this paragraph, and on that basis denies them.

13.     Defendant lacks knowledge or information sufficient to form a belief as to the allegations in this paragraph, and on that basis denies them.

14.     Defendant lacks knowledge or information sufficient to form a belief as to the allegations in this paragraph, and on that basis denies them.

15.     This paragraph does not allege facts, and therefore Defendant offers no response.

16.     Defendant denies the allegations in this paragraph.

17.     Defendant lacks knowledge or information sufficient to form a belief as to the allegations in this paragraph, and on that basis denies them.

18.     Defendant lacks knowledge or information sufficient to form a belief as to the allegations in this paragraph, and on that basis denies them.

19.     Defendant admits that it has sold garments with decorative diamond graphics and text. Defendant denies the remaining allegations in this paragraph.

20.     Defendant denies the allegations in this paragraph.

21.     Defendant denies the allegations in this paragraph.

22.     Defendant denies the allegations in this paragraph.

## ANSWER TO COUNT I

**(For Federal Trademark Infringement Pursuant to Lanham Act § 32 and 15 U.S.C. § 1114 against Defendant Forever 21, Inc. and Does 1 through 10)**

23.     Defendant incorporates by reference its responses to the preceding paragraphs into this paragraph to the same extent the Complaint incorporates the allegations in the preceding paragraphs into paragraph 23.

24.     Defendant denies the allegations in this paragraph.

25.     Defendant denies the allegations in this paragraph.

26.     Defendant denies the allegations in this paragraph.

27.     Defendant denies the allegations in this paragraph.

CALL&
JENSEN

DEFENDANT FOREVER 21, INC.'S ANSWER TO COMPLAINT AND DEMAND FOR JURY TRIAL

## ANSWER TO COUNT II

**(For Federal Unfair Competition and False Designation of Origin**

**Pursuant to Lanham Act § 43(a) and 15 U.S.C. § 1125(a) against**

**Defendant Forever 21, Inc. and Does 1 through 10)**

28.    Defendant incorporates by reference its responses to the preceding paragraphs into this paragraph to the same extent the Complaint incorporates the allegations in the preceding paragraphs into paragraph 28.

29.    Defendant denies the allegations in this paragraph.

30.    Defendant denies the allegations in this paragraph.

31.    Defendant denies the allegations in this paragraph.

32.    Defendant denies the allegations in this paragraph.

33.    Defendant denies the allegations in this paragraph.

34.    Defendant denies the allegations in this paragraph.

35.    Defendant denies the allegations in this paragraph.

## ANSWER TO COUNT III

**(For Trademark Infringement and Unfair Competition under**

**The Common Law of the State of California against Defendant**

**Forever 21, Inc. and Does 1 through 10)**

36.    Defendant incorporates by reference its responses to the preceding paragraphs into this paragraph to the same extent the Complaint incorporates the allegations in the preceding paragraphs into paragraph 36.

37.    Defendant denies the allegations in this paragraph.

38.    Defendant denies the allegations in this paragraph.

39.    Defendant denies the allegations in this paragraph.

40.    Defendant denies the allegations in this paragraph.

41.    Defendant denies the allegations in this paragraph.

## ANSWER TO COUNT IV

**(For Unfair Competition Pursuant to Cal. Business & Professions Code § 17200 et seq. against Defendant Forever 21, Inc. and Does 1 through 10)**

42.     Defendant incorporates by reference its responses to the preceding paragraphs into this paragraph to the same extent the Complaint incorporates the allegations in the preceding paragraphs into paragraph 42.

43.     Defendant lacks knowledge or information sufficient to form a belief as to the allegations in this paragraph, and on that basis denies them.

44.     Defendant denies the allegations in this paragraph.

45.     Defendant denies the allegations in this paragraph.

46.     Defendant denies the allegations in this paragraph.

47.     Defendant denies the allegations in this paragraph.

48.     Defendant denies the allegations in this paragraph.

49.     Defendant denies the allegations in this paragraph.

50.     Defendant denies the allegations in this paragraph.

## ANSWER TO COUNT V

**(For Unjust Enrichment against Defendant Forever 21, Inc. and Does 1 through 10)**

51.     Defendant incorporates by reference its responses to the preceding paragraphs into this paragraph to the same extent the Complaint incorporates the allegations in the preceding paragraphs into paragraph 51.

52.     Defendant denies the allegations in this paragraph.

53.     Defendant denies the allegations in this paragraph.

///

///

///

## ANSWER TO COUNT VI

### (For an Accounting against Defendant Forever 21, Inc. and Does 1 through 10)

54.     Defendant incorporates by reference its responses to the preceding paragraphs into this paragraph to the same extent the Complaint incorporates the allegations in the preceding paragraphs into paragraph 54.

55.     Defendant denies the allegations in this paragraph.

### FIRST SEPARATE AND ADDITIONAL DEFENSE

### (Copyright/Patent Conflict and/or Preemption)

1.     The alleged claims in the Complaint are barred to the extent that they are in conflict with the United States patent and copyright laws and/or are based on subject matter that should be protected as a copyright or design patent.

### SECOND SEPARATE AND ADDITIONAL DEFENSE

### (Trademark Misuse/Anti-Competitive Conduct)

2.     The alleged claims in the Complaint are barred due to Plaintiff's misuse of its alleged trademark rights in improperly seeking a monopoly over all decorative diamond designs.

### THIRD SEPARATE AND ADDITIONAL DEFENSE

### (Unclean Hands)

3.     Plaintiff's equitable claims are barred by the doctrine of unclean hands.

### FOURTH SEPARATE AND ADDITIONAL DEFENSE

### (Aesthetic Functionality)

4.     The alleged claims in the Complaint are barred because the use of diamonds on clothing is aesthetically functional, and the unavailability of diamonds for aesthetic purposes would place Defendant at a non-reputation related competitive disadvantage.

///

///

///

## FIFTH SEPARATE AND ADDITIONAL DEFENSE

### (Merely Ornamental)

5.     The alleged claims in the Complaint are barred because the use of diamonds on clothing is merely ornamental non-trademark use and is therefore incapable of causing consumer confusion as to source, sponsorship, or affiliation.

## SIXTH SEPARATE AND ADDITIONAL DEFENSE

### (Fair Use)

6.     The alleged claims in the Complaint are barred by the doctrine of fair use.

## SEVENTH SEPARATE AND ADDITIONAL DEFENSE

### (Lack of Distinctiveness)

7.     Plaintiff's alleged trademarks do not inherently serve to identify a particular source, so they do not perform the job of identification to distinguish Plaintiff's goods from other sources, which means they are not protectable as a trademark.

## EIGHTH SEPARATE AND ADDITIONAL DEFENSE

### (Lack of Secondary Meaning)

8.     Plaintiff's alleged trademarks are not entitled to a presumption of secondary meaning because the United States Patent & Trademark Office did not require a showing of secondary meaning, and Plaintiff's trademarks lack secondary meaning.

## NINTH SEPARATE AND ADDITIONAL DEFENSE

### (Lack of Priority of Use)

9.     Plaintiff's alleged trademarks are invalid because others have used diamonds on clothing prior to Plaintiff's alleged first use.

///

///

///

DEFENDANT FOREVER 21, INC.'S ANSWER TO COMPLAINT AND DEMAND FOR JURY TRIAL

## TENTH SEPARATE AND ADDITIONAL DEFENSE

### (Abandonment)

10.     Plaintiff's alleged trademarks are invalid because Plaintiff's failure to enforce its alleged rights against third parties creates a naked license and results in abandonment of all trademark rights.

## ELEVENTH SEPARATE AND ADDITIONAL DEFENSE

### (First Amendment – *Rogers Test*)

11.     The alleged claims in the Complaint are barred because Defendant's use of diamonds decoratively on clothing is artistically relevant and the use is not misleading as to the source of the clothing sold under the Defendant's brand.

## TWELFTH SEPARATE AND ADDITIONAL DEFENSE

### (Laches)

12.     Plaintiff, by delaying prosecution of this action until the present time, is barred in whole or in part by the doctrine of laches from maintaining each and every purported cause of action alleged in the Complaint, or from recovering any damages thereunder from Defendant.

## THIRTEENTH SEPARATE AND ADDITIONAL DEFENSE

### (Estoppel)

13.     The Complaint and each purported cause of action alleged therein are barred, in whole or in part, by the doctrine of estoppel.

## FOURTEENTH SEPARATE AND ADDITIONAL DEFENSE

### (Lack of Damages)

14.     Plaintiff is precluded from any monetary recovery, in part, because Plaintiff has not suffered any actual harm, the parties are not in competition, and Defendant's conduct was not willful.

///

///

///

## FIFTEENTH SEPARATE AND ADDITIONAL DEFENSE

### (Additional Defenses)

15.     Defendant reserves the right to allege additional defenses as they become known during discovery, and to amend its Answer accordingly.

WHEREFORE, this answering Defendant prays judgment as follows:

1.     That Plaintiff takes nothing by way of this Complaint;

2.     That Judgment be rendered in favor of Defendant against Plaintiff and that the Complaint be dismissed with prejudice;

3.     That Defendant be awarded its costs of suit incurred in the defense of this action;

4.     That Defendant be awarded its attorneys' fees of suit incurred in the defense of this action; and

5.     For such other relief as the Court deems proper.

Dated:  November 14, 2013          CALL & JENSEN
                                    A Professional Corporation
                                    Scott P. Shaw
                                    Samuel G. Brooks


                                    By: _____
                                          Samuel G. Brooks

                                    Attorneys for Defendant Forever 21, Inc.

1

## **DEMAND FOR JURY**

2       Defendant hereby demands a jury pursuant to FRCP 38 on all issues raised in the

3   Complaint of Plaintiff.

4

5   Dated:  November 14, 2013            CALL & JENSEN

6                                       A Professional Corporation
                                        Scott P. Shaw
                                        Samuel G. Brooks
7

8

9                                       By: _____
                                             Samuel G. Brooks
10
                                        Attorneys for Defendant Forever 21, Inc.
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28