David H. Boren, Esq. SBN 186316
    *dboren@rlscf.com*
Gregory N. Weisman, Esq., SBN 172248
    *gweisman@rlscf.com*
RITHOLZ LEVY SANDERS CHIDEKEL & FIELDS LLP
421 South Beverly Drive, 8th Floor
Beverly Hills, CA  90212
Bus:  (310) 282-9449
Fax:  (310) 282-2549

Attorneys for Plaintiff
DIAMOND SUPPLY COMPANY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| DIAMOND SUPPLY COMPANY, a California corporation, <br><br> Plaintiff, <br><br> vs. <br><br> FOREVER 21, INC., a Delaware corporation and DOES 1 -10 inclusive, <br><br> Defendants. | Case No.: CV13-06440 RSWL (JCx) <br><br> **DECLARATION OF DAVID H. BOREN IN OPPOSITION BY PLAINTIFF DIAMOND SUPPLY COMPANY TO DEFENDANT FOREVER 21, INC.'S MOTION FOR LEAVE TO AMEND TO ADD A COUNTERCLAIM FOR CANCELLATION OF REGISTERED TRADEMARK AND FOR DECLARATORY RELIEF** <br><br> Date:  June 10, 2014 <br> Time: 10:00 a.m. <br> Place: Courtroom 21 <br><br> Complaint Filed: September 3, 2013 <br> Trial Date:        January 27, 2015 |

0019425

---

DECL. OF DAVID BOREN IN OPP. TO MOTION FOR LEAVE TO AMEND

# DECLARATION OF DAVID H. BOREN

I, David H. Boren, declare as follows:

1.  I am counsel for Plaintiff Diamond Supply Company ("Diamond"), the opposing party. I make this Declaration in support of Diamond's opposition to Defendant Forever 21, Inc.'s ("Forever 21") motion for leave to amend to assert counterclaims in this action.

2.  I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, I would and could do so competently.

3.  Attached hereto as Exhibit "1" is a true and correct copy of the Joint Rule 26(f) report filed by the parties on January 13, 2014.

4.  Attached hereto as Exhibit "2" is a true and correct copy of instances of actual confusion between Diamond's products and goods sold by Forever 21 which contain diamonds that cause a likelihood of confusion with the Diamond Marks. As to these two examples, the leggings is a Forever 21 item tagged to Diamond and the t-shirt is a Forever 21 item tagged to Diamond. In social media, garments sold by Forever 21 have been tagged as Diamond goods.

5.  On April 1, 2014, Sam Brooks of Forever 21 sent me an e-mail asking whether Diamond would stipulate to Forever 21's filing of a counterclaim in this action. See Exhibit "B" to the Declaration of Sam Brooks, filed May 13, 2014.

6.  On April 10, 2014, I responded to the April 1, 2014 e-mail from Mr. Brooks, indicating that Diamond would not stipulate to Forever 21's filing of a counterclaim and the reasons why Diamond would not stipulate. Attached hereto as Exhibit "3" is a true and correct copy of this April 10, 2014 letter.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 20th day of May, 2014 at Beverly Hills, California

                         \s\ David H. Boren
                         David H. Boren

0019425

# CERTIFICATE OF SERVICE

Pursuant to FRCP 5, I certify that I am a partner of RITHOLZ LEVY SANDERS CHIDEKEL & FIELDS LLP and that on the date shown below, I caused service of a true and correct copy of the attached: "**DECLARATION OF DAVID H. BOREN IN OPPOSITION BY PLAINTIFF DIAMOND SUPPLY COMPANY TO DEFENDANT FOREVER 21, INC.'S MOTION FOR LEAVE TO AMEND TO ADD A COUNTERCLAIM FOR CANCELLATION OF REGISTERED TRADEMARK AND FOR DECLARATORY RELIEF**" to be completed by:

_____         personally delivering

_____         delivery via Nationwide Legal Services

_____         sending via Federal Express or other overnight delivery service

_____         delivery via facsimile machine to fax no. _____

  X            delivery via electronic delivery only to:

> Scott P. Shaw
>     Email – sshaw@calljensen.com
> Samuel G. Brooks
>     Email – sbrooks@calljensen.com
> CALL & JENSEN
> A Professional Corporation
> 610 Newport Center Drive, Suite 700
> Newport Beach, CA  92660
> Attorneys for Defendant FOREVER 21, INC

Executed on May 20, 2014, at Beverly Hills, California.

  X            (Federal)  I declare under penalty of perjury under the laws of the United States and the State of California that the above is true and correct.

\s\ David H. Boren

0019425                                                                                                                2

DECL. OF DAVID BOREN IN OPP. TO MOTION FOR LEAVE TO AMEND