1  David H. Boren, Esq. SBN 186316
       *dboren@rlscf.com*
2  Gregory N. Weisman, Esq., SBN 172248
       *gweisman@rlscf.com*
3  RITHOLZ LEVY SANDERS CHIDEKEL & FIELDS LLP
4  421 South Beverly Drive, 8th Floor
5  Beverly Hills, CA  90212
6  Bus:  (310) 282-9449
7  Fax:  (310) 282-2549

8  Attorneys for Plaintiff
9  DIAMOND SUPPLY COMPANY

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIAMOND SUPPLY COMPANY, a California corporation,<br><br>                    Plaintiff,<br><br>     vs.<br><br>FOREVER 21, INC., a Delaware corporation and DOES 1 -10 inclusive,<br><br>                    Defendants.<br>_____ | Case No.: CV13-06440 RSWL (JCx)<br><br>**STIPULATION OF DISMISSAL**<br><br>**[Fed. R. Civ. P. 41(a)(1)(A)(ii)]** |

0021664

_____
STIPULATION FOR DISMISSAL

1   Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Diamond Supply Company ("Diamond") and Defendant Forever 21, Inc. ("F21") (collectively, the "Parties"), through their respective counsel of record, hereby stipulate that the Court may enter a dismissal of the Complaint in the above-captioned action with prejudice. The Parties stipulate that the motion of F21 for leave to amend the Answer to add a counterclaim is withdrawn.

The Parties have entered into a Confidential Settlement Agreement to resolve this matter.  The Parties hereby stipulate and agree to bear their own attorney's fees and costs in connection with this matter.

**IT IS SO STIPULATED.**

Dated:  July 18, 2014         RITHOLZ LEVY SANDERS CHIDEKEL & FIELDS LLP


By:_____\s\ David H. Boren_____
    David H. Boren, Esq.
    Gregory N. Weisman, Esq.
    Attorneys for Plaintiff
    DIAMOND SUPPLY COMPANY

Dated:  July 18, 2014         CALL & JENSEN


By:_____\s\ Samuel G. Brooks_____
    Scott P. Shaw, Esq.
    Samuel G. Brooks, Esq.
    Attorneys for Defendant
    DIAMOND SUPPLY COMPANY

# CERTIFICATE OF SERVICE

Pursuant to FRCP 5, I certify that I am a partner of RITHOLZ LEVY SANDERS CHIDEKEL & FIELDS LLP and that on the date shown below, I caused service of a true and correct copy of the attached: "**STIPULATION FOR DISMISSAL [Fed. R. Civ. P. 41(a)(1)(A)(ii)]**" to be completed by:

_____   personally delivering

_____   delivery via Nationwide Legal Services

_____   sending via Federal Express or other overnight delivery service

_____   delivery via facsimile machine to fax no. _____

_X_\_\_\_   delivery via electronic service only to:

> Scott P. Shaw
>    Email – sshaw@calljensen.com
> Samuel G. Brooks
>    Email – sbrooks@calljensen.com
> CALL & JENSEN
> A Professional Corporation
> 610 Newport Center Drive, Suite 700
> Newport Beach, CA 92660
> Attorneys for Defendant FOREVER 21, INC

Executed on July 18, 2014, at Beverly Hills, California.

_X_\_\_   (Federal)  I declare under penalty of perjury under the laws of the United States and the State of California that the above is true and correct.

\s\ David H. Boren